1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-01791-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DDN ENTERPRISES, INC. dba ROCCO'S RISTORANTE & PIZZERIA; REGENCY CENTERS, L.P.; | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, DDN Enterprises, Inc. dba Rocco's Ristorante & Pizzeria, and Regency Centers, L.P., the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 29, 2017　　　　　　　　　MISSION LAW FIRM, A.P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary M. Best*
　　　　　　　　　　　　　　　　　　　　　Zachary M. Best
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Francisca Moralez

Dated: August 29, 2017　　　　　　　　　BERLINER COHEN, LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Laura Palazzolo*
　　　　　　　　　　　　　　　　　　　　　Laura Palazzolo
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　DDN Enterprises, Inc. dba Rocco's
　　　　　　　　　　　　　　　　　　　　　Ristorante & Pizzeria

Dated: August 30, 2017　　　　　　　　　HANSON BRIDGETT LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Kurt A. Franklin*
　　　　　　　　　　　　　　　　　　　　　Kurt A. Franklin
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　Regency Centers, L.P.

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ENTIRE ACTION